IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JERRY DON McFARLAND, | ) |
| Plaintiff, | ) Civil No. 6:15-cv-158-TC |
| v. | ) FINDINGS AND |
| | ) RECOMMENDATION |
| EUGENE POLICE DEPARTMENT, | ) |
| Defendant | ) |

COFFIN, Magistrate Judge:

Pro se plaintiff filed his most recent amended complaint in this action asserting civil rights violations against the Eugene Police Department.

This court has dismissed several previous amended complaints and advised plaintiff of the deficiencies in his complaints with an opportunity to amend. The latest opportunity provided an extensive analysis of what the deficiencies were, see #20, and allowed plaintiff

one last time to amend with a warning that a failure to amend would result in the dismissal of this action with prejudice. Plaintiff has not amended or made any other filing. As such, this action should be dismissed for failure to prosecute and failure to comply with a court order. The five factors for dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this 1st day of July, 2016.

THOMAS M. COFFIN
United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION