IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JERRY DON MCFARLAND,

                Plaintiff,

v.

EUGENE POLICE DEPARTMENT,

                Defendant.

Case No. 6:15 CV 158-TC

ORDER

      Magistrate Judge Coffin filed his Findings and Recommendation on July 1, 2016. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed, although the Plaintiff has failed to advise the court of his current address resulting in return mail. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this 1ST day of August, 2016.

                                             _/s/ Ann Aiken_
                                             Ann Aiken, United States District Judge

Order -- Page 1